**In the United States District Court**
**For the Western District of Texas**
**Austin Division**

| | |
|---|---|
| **Deborah Zangelo Songo**, | |
|     Petitioner, | |
| v. | No. 1:20-cv-00389-RP |
| **William Barr, U.S. Attorney General; Chad F. Wolf, Acting Secretary of the Department of Homeland Security; Matthew T. Albence, Deputy Director and Senior Official performing the duties of the Director, United States Immigration and Customs Enforcement; Henry Lucero Executive Associate Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; United States Department of Homeland Security; United States Department of Immigration and Customs Enforcement,** | |
|     Respondents. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner, Deborah Zangelo Songo ("Petitioner"), and Respondents (collectively, "the Parties"), by and through their respective attorneys, have executed the attached Stipulation of Compromise Agreement. In accordance with the Stipulation of Compromise Agreement, the Parties hereby stipulate to the **DISMISSAL WITH PREJUDICE** of the above-captioned action, with the parties to bear their own fees and costs. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Date: 05/13/2020                    /s/ Joseph Krebs Muller

**Joseph Krebs Muller**
Bar: MO #65066, TX #24117397
Law Office of Joseph Muller
9600 Great Hills Trl. Ste. 150W
Austin, TX 78759
Email: joseph@jkmlaw.cc
Phone: (512) 593-8258
Fax: (512) 361-4938


**ATTORNEY FOR PETITIONER**


**JOHN F. BASH**
**UNITED STATES ATTORNEY**

*/s/ Liane Noble*
**LIANE NOBLE**
Assistant United States Attorney
Texas Bar No. 24079059
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1252 (phone)
(512) 916-5854 (fax)
Liane.Noble@usdoj.gov

**LACY L. McANDREW**
Assistant United States Attorney
Florida Bar No. 45507
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
(210) 384-7340 (phone)
(210) 384-7312 (fax)
Lacy.McAndrew@usdoj.gov

**ATTORNEYS FOR**
**RESPONDENTS**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on May 13, 2020, the foregoing instrument was filed and served electronically to all counsel of record using the Court's CM/ECF system.

*/s/ Liane Noble*
**LIANE NOBLE**